AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

BRENDA KARSTENS

       Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

       CASE NUMBER: **3:05-CV-0480-ECR-VPC**

JO ANNE BARNHART,
Commissioner of Social Security,

       Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** The Report and Recommendation is **APPROVED** and **ADOPTED.**

    In light of the treatment notes of Plaintiff's treating physicians there is substantial evidence on the record to support the administrative law judge's determination that Plaintiff is capable engaging in substantial gainful work which exists in the national economy.


  2/15/2007                                                   **LANCE S. WILSON**
                                                                               Clerk

                                                                                /s/ Lesa Kielb
                                                                               Deputy Clerk